

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Russell W. Hope,

Vs. No. 11-24-00121-CR

The State of Texas,

\* From the 485th District Court
of Tarrant County,
Trial Court No. 1739565.

\* February 27, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the $100 fine that was assessed against Appellant. As modified, we affirm the judgment of the trial court.